# Court of Appeals
# of the State of Georgia

ATLANTA,  August 27, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0171. TAMARA NOLAN v. MARQUEZ BURDETTE, SR.

On April 23, 2025, the trial court entered an order denying pro se plaintiff Tamara Nolan's motion for contempt and amending prior parenting plan order provisions addressing holiday visitation with the parties' minor child. Nolan filed a notice of appeal on June 27, 2025. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Nolan's notice of appeal was filed more than two months after entry of the order she seeks to appeal. Consequently, this untimely appeal is hereby DISMISSED for lack of jurisdiction.

While Nolan asserts in her notice of appeal that she "originally filed" the notice on April 28, 2025, the record on appeal contains no such notice. If, as Nolan appears to suggest in her notice of appeal, her right to timely seek appellate review was frustrated due to errors committed by the trial court clerk's office, her remedy is to petition the trial court to vacate and re-enter the order at issue in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426)

(1980), disapproved in part by *Wright v. Young*, 297 Ga. 683, 684, n. 3 (777 SE2d 475) (2015).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/27/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*